THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JILL FEENEY
Assistant United States Attorney
California Bar Number: 218506
RUTH PINKEL
California Bar Number: 164470
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2429/6077
    Facsimile: (213) 894-6269
    E-mail:   jill.feeney@usdoj.gov
           ruth.pinkel@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CURTIS D. SOMOZA,<br><br>        Defendant. | ) CR No. 06-479-AHM<br>)<br>) ORDER COMMITTING DEFENDANT<br>) SOMOZA TO THE CUSTODY OF THE<br>) ATTORNEY GENERAL TO EXAMINE<br>) DEFENDANT PURSUANT TO 18 U.S.C.<br>) §§ 4241 and 4247 and FINDING<br>) EXCLUDABLE TIME UNDER THE<br>) SPEEDY TRIAL ACT<br>)<br>) **Trial Date:**<br>) March 25, 2008<br>) 8:00 a.m. |

    Based on the motion filed by the government and for good cause showing, the Court hereby FINDS and ORDERS as follows:

    1.  There is reasonable cause to believe that defendant Somoza, who is presently in custody pending trial, may be presently suffering from a mental disease or defect which may render him mentally incompetent to the extent that he is unable

1   to understand the consequences of the proceedings against him or

2   to assist properly in his defense.

3       2.   A mental examination of defendant is necessary in order

4   to determine if defendant is, in fact, mentally competent to

5   understand the consequences of the proceedings against him and to

6   assist properly in his own defense.

7       3.   IT IS HEREBY ORDERED that the defendant is

8   committed to the custody of the Attorney General for placement

9   and examination in a suitable facility for a reasonable period of

10  time, not to exceed 30 days (unless additional time is requested

11  by the Attorney General and determined to be reasonable by the

12  Court)for purposes of a psychiatric or psychological examination.

13      4.   IT IS FURTHER ORDERED that while at the facility

14  a psychiatric or psychological examination shall be conducted by

15  a licensed or certified psychiatrist or psychologist to determine

16  whether defendant is suffering from a mental disease or defect

17  rendering him mentally incompetent to the extent that he is

18  unable to understand the nature and consequences of the

19  proceedings against him or to assist properly in his defense.

20      5.   IT IS FURTHER ORDERED that the psychiatrist or

21  psychologist shall provide a report to the Court and counsel for

22  defendant and the government that includes: (1) defendant's

23  history and present symptoms; (2) a description of the

24  psychiatric, psychological and medical tests that were employed

25  and their results; (3) the examiner's findings; and (4) the

26  examiner's opinions as to diagnosis, prognosis, and whether the

27

28                              2

defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

6.   IT IS FURTHER ORDERED that the defendant afford such cooperation and information as may be required to properly conduct such mental examination including the report or reports of any other mental examinations and physical examinations heretofore performed on the defendant.

7.   IT IS FURTHER ORDERED that unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the Court.

8.   As part of his examination of defendant, the examiner may consult with defense counsel and government counsel, to the extent the examiner believes doing so would be useful.  Defense counsel and government counsel may provide the examiner with any information they wish.

9.   The Court will set a date for a competency hearing once it has received the report of the examiner.

10.   The period from January 4, 2008 through and including

//

//

//

//

//

//

3

the conclusion of the competency hearing, shall be deemed
excludable time for purposes of the Speedy Trial Act, pursuant to
18 U.S.C. 3161(h)(1)(A).


Dated: January 15, 2008

_____
The Honorable A. Howard Matz
UNITED STATES DISTRICT JUDGE

cc:  **USMO, BOP, PSA, USPO**


Presented on January 4, 2008 by:


THOMAS P. O'BRIEN
United States Attorney

_____
JILL FEENEY
Assistant United States Attorney

4